R. Scott Weide (SBN 155998)
*sweide@weidemiller.com*
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: 702-382-4804
Fax: 702-382-4805

*Attorney for Plaintiff*
*Lightside Technologies LLC*

Hua Chen (SBN 241831)
*huachen@scienbizippc.com*
ScienBiziP, P.C.
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Telephone:   (213) 426-1771
Facsimile:    (213) 426-1788

*Attorney for Defendant*
*Tinnovate LLc (d/b/a Westinghouse Electronics)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lightside Technologies LLC )<br><br>                             Plaintiff, )<br>      v.                       )<br>                              )<br>Tinnovate LLc (d/b/a Westinghouse )<br>Electronics)                  )<br>                Defendant.    )<br>                              )<br>                              )<br>                              )<br>_____ | Case No. 5:20-CV-00378-CJC<br><br>JOINT STIPULATION FOR DISMISSAL |

        Pursuant   to   Fed.   R.   Civ.   P   41(a)(1)(A),   Plaintiff   LIGHTSIDE

TECHNOLOGIES    LLC    and    Defendant    TINNOVATE    LLC    (D/B/A

WESTINGHOUSE ELECTRONICS), hereby stipulate to the voluntary dismissal of this case, with each side to bear its own costs and fees, wherein consistent with the Settlement Agreement between the parties; only those claims which are covered by the releases, covenants and licenses of the Settlement Agreement are dismissed with prejudice.

DATED: October 6, 2020

By: /s/ R. Scott Weide_____
R. Scott Weide
Weide & Miller, Ltd.
Attorney for Plaintiff Lightside Technologies LLC

DATED: October 6, 2020

By: /s/ Hua Chen_____
Hua Chen
ScienBiziP, P.C.
Attorney for Defendant Tinnovate LLc (d/b/a Westinghouse Electronics)

IT IS SO ORDERED.

Dated:_____                    _____
                                       CORMAC J. CARNEY
                                       UNITED STATES DISTRICT JUDGE

RSW-5005